# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Derrick Young, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00568-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Virginia Rollins | ) | |
| Jerry Rollins | | |
| Jimmie Pendergrass, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 24, 2014 Order.

November 24, 2014

*signature*

Frank G. Johns, Clerk
United States District Court